**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Tilda A. Sanders <br>                 Debtor(s) | CHAPTER 13 <br><br> BKY. NO. 17-16836 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Cenlar FSB as servicer for AmeriHome Mortgage Company, LLC and index same on the master mailing list.

                              Respectfully submitted,

                              **/s/ Matteo S. Weiner, Esquire**
                              Matteo S. Weiner, Esquire
                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322 FAX (215) 627-7734