**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              : Chapter 13
   Sanders, Tilda A.

      Debtor                              : 17-16836

**ORDER FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

AND NOW, this __14th__ day of __August__, 2018, upon consideration of the Application for allowance of Compensation and Reimbursement of Expenses filed by Debtor's counsel, IT IS HEREBY

**ORDERED** that the Application is granted and compensation of $5,500.00 and $0.00 in expenses are **ALLOWED,** and the unpaid balance of $5,000.00 and $0.00 ~~shall~~ *may* be paid through debtor's Chapter 13 Plan through the office of the Chapter 13 trustee as an administrative priority expense, to the extent provided for by the Debtor's confirmed plan.

_____
Bankruptcy Judge
Jean K FitzSimon

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Frederick Reigle, Trustee
P.O. Box 4010
Reading, PA 19606

Sanders, Tilda A.
1914 73rd Avenue
Philadelphia, PA 19138