*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Tilda A. Sanders
    Debtor(s)

Case No: 17–16836–jkf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Certification of Default of Filed by KEVIN G. MCDONALD on behalf of MIDFIRST BANK and Response filed.

    on: 7/17/19

    at: 09:30 AM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  6/17/19

Timothy B. McGrath
Clerk of Court

50 – 48
Form 167