United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-16836-jkf
Tilda A. Sanders                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: TashaD          Page 1 of 1          Date Rcvd: Oct 07, 2019
                             Form ID: pdf900        Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 09, 2019.
db             +Tilda A. Sanders,   1914 73rd Avenue,   Philadelphia, PA 19138-2711
               +KML Law Group, P.C.,   Suite 5000-BNY Independence Center,   701 Market Street,
                Philadelphia, PA 19106-1538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 7, 2019 at the address(es) listed below:
          JOHN L. MCCLAIN    on behalf of Debtor Tilda A. Sanders aaamcclain@aol.com,   edpabankcourt@aol.com
          KEVIN G. MCDONALD   on behalf of Creditor   AmeriHome Mortgage Company, LLC
           bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD   on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER   on behalf of Creditor   AmeriHome Mortgage Company, LLC
           bkgroup@kmllawgroup.com
          POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
           ecf_frpa@trustee13.com
          POLLY A. LANGDON   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
           ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                               TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Tilda A. Sanders

                    Debtor(s)

                                    Chapter 13

MIDFIRST BANK

            v.

Tilda A. Sanders

            and                           NO. 17-16836 JKF

Scott F. Waterman

                    Trustee

## ORDER

AND NOW, this 7th day of October , 2019 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on  it is ORDERED ~~AND DECREED~~ that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow MIDFIRST BANK and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1914 73rd Avenue Philadelphia, PA 19138.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge.
Jean K. FitzSimon

cc: See attached service list

Tilda A. Sanders
1914 73rd Avenue
Philadelphia, PA 19138

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

John L. McClain Esq.
P.O. Box 123 (VIA ECF)
Narberth, PA 19072

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532