UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :

TILDA A.   SANDERS

                                                          : Chapter 13

            Debtor(s)                    : Bankruptcy No. 17-16836JKF

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is **ORDERED** that the case is **DISMISSED**.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13
Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor
unless a party in interest files a Motion for Alternative Disbursement within 21 days of the date of this
Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and
the employer shall cease wage withholding immediately.

**Date: October 21, 2019**

_____

Jean K. FitzSimon, B. J.