United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-16836-jkf
Tilda A. Sanders                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett         Page 1 of 2           Date Rcvd: Oct 21, 2019
                              Form ID: pdf900         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2019.
db             +Tilda A. Sanders,   1914 73rd Avenue,    Philadelphia, PA 19138-2711
14057087       +AmeriHome Mortgage Company, LLC,    c/o Cenlar FSB,    425 Phillips Blvd,   Ewing, NJ 08618-1430
13994906       +Amerihome Mtg Co, Llc,    21300 Victory Blvd Ste 2,    Woodland Hills, CA 91367-2525
13994908       +First Premier Bank,    601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
13994909       +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13994910       +KML Law Group, PC,    701 Market Street,   Philadelphia, PA 19106-1538
14219536       +MidFirst Bank,    Bankruptcy Department,   999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6051
13994911       +PGW,    PO Box 11700,   Newark, NJ 07101-4700
13994912       +PGW,    800 W. Montgomery Avenue,   Philadelphia, PA 19122-2806
14212074        Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 19657,    Irvine CA 92623-9657
14020064        Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    PO Box 19657,    Irvine, CA 92623-9657
13994915       +Wells Fargo Dealer Services,    Attn: Bankruptcy,   PO Box 19657,    Irvine, CA 92623-9657
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 22 2019 03:32:40     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 22 2019 03:32:29     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13994905       +E-mail/Text: bankruptcy@rentacenter.com Oct 22 2019 03:32:57     Acceptance Now,
                 Attn: Bankruptcy,   5501 Headquarters Dr,   Plano, TX 75024-5837
14076937        E-mail/Text: megan.harper@phila.gov Oct 22 2019 03:32:40     City of Philadelphia,
                 Law Department  Tax Unit,   Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13994907       +E-mail/Text: electronicbkydocs@nelnet.net Oct 22 2019 03:32:23     Dept Of Ed/582/nelnet,
                 Attn: Claims/Bankruptcy,   PO Box 82505,   Lincoln, NE 68501-2505
14014550        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 22 2019 03:32:13
                 Pennsylvania Department of Revenue,   Bankruptcy Division  PO Box 280946,
                 Harrisburg PA  17128-0946
14023744       +E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 22 2019 03:32:27     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,    Saint Cloud Mn 56302-7999
14005002       +E-mail/Text: electronicbkydocs@nelnet.net Oct 22 2019 03:32:23
                 US Department of Education c/o Nelnet,   121 South 13th Street, Suite 201,
                 Lincoln, NE 68508-1911
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MidFirst Bank
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13994914*      +Tilda A. Sanders,   1914 73rd Avenue,   Philadelphia, PA 19138-2711
13994913      ##+The Offices of Credit Management Lp,   4200 International Parkway,   Carrollton, TX 75007-1912
                                                                                   TOTALS: 1, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2            User: Antoinett              Page 2 of 2                  Date Rcvd: Oct 21, 2019
                                Form ID: pdf900              Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2019 at the address(es) listed below:

```
              JOHN L. MCCLAIN    on behalf of Debtor Tilda A. Sanders aaamcclain@aol.com,    edpabankcourt@aol.com
              KEVIN G. MCDONALD    on behalf of Creditor    AmeriHome Mortgage Company, LLC
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    AmeriHome Mortgage Company, LLC
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,    ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          :

TILDA A.  SANDERS

                                                                                            : Chapter 13

              Debtor(s)                                    : Bankruptcy No. 17-16836JKF

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is **ORDERED** that the case is **DISMISSED**.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the date of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

_____

**Date: October 21, 2019**     Jean K. FitzSimon, B. J.